UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

           Plaintiff,

   v.

RYAN QUIRK, *et al.*,

           Defendants.

CASE NO. 3:24-cv-06018-JLR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff has incurred at least three "strikes" under 28 U.S.C. § 1915(g) and is thus ineligible to proceed *in forma pauperis* ("IFP"). As such, Plaintiff's IFP Motion (Dkt. 1) is denied and Plaintiff is directed to pay the $405.00 filing fee within 30 days of this Order. Plaintiff is advised that failure to pay the filing fee by that date will result in dismissal without prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 27th day of January, 2025.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1