1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14

| | |
|---|---|
| JAMES ANTHONY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> RYAN QUIRK, et al., <br><br> Defendants. | CASE NO. C24-6018JLR-DWC <br><br> ORDER |

15
16
17
18
19
20
21
22

On December 11, 2024, *pro se* Plaintiff James Anthony Williams filed a proposed complaint under 42 U.S.C. § 1983 and a motion seeking leave to proceed *in forma pauperis* ("IFP"). (Prop. Compl. (Dkt. # 1-2); IFP Mot. (Dkt. # 1).) On January 3, 2025, Magistrate Judge David W. Christel found that Mr. Williams has incurred at least three "strikes" under 28 U.S.C. § 1915(g) and is therefore ineligible to proceed in this action without prepayment of fees. (R&R (Dkt. # 4).) Magistrate Judge Christel recommended

ORDER - 1

1 | that Mr. Williams's IFP motion be denied and that he be required to pay the $405.00
2 | filing fee before proceeding with this action. (*See id.*)
3 | On January 27, 2025, the court adopted Magistrate Judge Christel's report and
4 | recommendation in its entirety, and directed Mr. Williams to pay the $405.00 filing fee
5 | by February 27, 2025. (*See* 1/27/25 Order (Dkt. # 5).) The court warned Mr. Williams
6 | that "failure to pay the filing fee by that date will result in dismissal without prejudice."
7 | (*Id.*)
8 | Mr. Williams did not pay the $405.00 filing fee by the February 27, 2025 deadline.
9 | (*See generally* Dkt.) Accordingly, Mr. Williams's proposed complaint and this action are
10 | DISMISSED without prejudice. The court DIRECTS the Clerk to send copies of this
11 | order to Mr. Williams and to Magistrate Judge Christel.

Dated this 28th day of February, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2